```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 07 B 11457
        DONNA AUSTIN
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

             Debtor
      SSN XXX-XX-8195


  -----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
  -----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

        1.   The case was filed on 06/27/07 and confirmed on 08/31/07.

        2.   The plan is paid in full.

        3.   The Debtor paid a total of $    3081.00 .

        4.   The Trustee made disbursements to creditors as follows:


  -----------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
  -----------------------------------------------------------------------------
  WELLS FARGO HOME MTGE      CURRENT MORTG         .00               .00              .00
  VILLAGE BANK & TRUST       SECURED VEHIC         .00               .00              .00
  FREMONT JUNCTION HOMEOWN   SECURED               .00               .00              .00
  ARMOR SYSTEMS CORP         UNSECURED       NOT FILED              .00              .00
  ASSET ACCEPTANCE CORP      UNSECURED          277.30             5.35           277.30
  ASSET ACCEPTANCE CORP      UNSECURED          612.11            11.67           612.11
  CONRAD ACCEPTANCE CORP     UNSECURED       NOT FILED              .00              .00
  AT&T CABLE SERVICES        UNSECURED       NOT FILED              .00              .00
  AT & T PAYROLL PARTNERS    UNSECURED       NOT FILED              .00              .00
  COMCAST                    UNSECURED       NOT FILED              .00              .00
  CULLIGAN                   UNSECURED       NOT FILED              .00              .00
  RJM ACQUISITIONS LLC       UNSECURED          122.76             2.23           122.76
  FIRST EAGLE NATIONAL BK    UNSECURED       NOT FILED              .00              .00
  NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00              .00
  RJM ACUISITION FUNDING     UNSECURED       NOT FILED              .00              .00
  VERIZON WIRELESS           UNSECURED       NOT FILED              .00              .00
  VILLAGE OF HANOVER PARK    UNSECURED       NOT FILED              .00              .00
  WALMART                    UNSECURED       NOT FILED              .00              .00
             Summary of disbursements:

                          SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
  -----------------------------------------------------------------------------
  TOTAL CLMS ALLOWED          .00         .00      1012.17        .00       1012.17
  PRINCIPAL PAID              .00         .00      1012.17        .00       1012.17
  INTEREST PAID               .00         .00        19.25        .00         19.25
  TOTAL PAID                  .00         .00      1031.42        .00       1031.42
  The Debtor's attorney, RICHARD S BASS                    , was allowed $    2200.00
  and was paid $    300.00   direct and $   1900.00   through the plan.

  The Trustee received $      145.38 .
```

Refunds to the Debtor totaled $    4.20 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                                PAGE   2
        CASE NO. 07 B 11457 DONNA AUSTIN